**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| REGINA LAND<br>*f/k/a REGINA LEE*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. and EQUIFAX<br>INFORMATION SERVICES, LLC<br><br>　　　　　　　Defendants. | **Case No.:** 3:22-cv-1023<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**BETWEEN PLAINTIFF AND**<br>**DEFENDANT EQUIFAX**<br>**INFORMATION SERVICES, LLC**<br>**ONLY** |

Plaintiff Regina Land ("Plaintiff"), through counsel, and Defendant Equifax

Information Services, LLC ("Equifax"), by counsel, hereby stipulate and agree that

Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each

party to bear its own costs and attorneys' fees. Plaintiff submits this on behalf of

herself and Equifax.

Respectfully submitted this 21ˢᵗ day of November 2022.

/s/ Syed H. Hussain
Syed H. Hussain, FL Bar No.: 1007978
**HASEEB LEGAL, LLC**
420 E Waterside Dr #3004
Chicago, IL 60601
T: (954) 225-4934
E: sh@haseeblegal.com

*Attorney for Plaintiff Regina Land*

1